IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>　　vs. )<br>MARCUS MAURICE COUNTRY, )<br>　　　　　　Defendant. ) | 8:01CR222<br><br>ORDER |

　　　　Defendant Marcus Maurice Country appeared before the court on Monday, October 18, 2010 on a Fourth Petition for Warrant or Summons for Offender Under Supervision [170]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Michael P. Norris. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). A detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is not a danger to the community, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Chief Judge Bataillon.

　　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

　　　　**IT IS ORDERED**:

　　　　1.　　A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 5, 2010 at 10:00 a.m.** Defendant must be present in person.

　　　　2.　　The defendant, Marcus Maurice Country, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

　　　　3.　　The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

　　　　4.　　Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

　　　　DATED this 18th day of October, 2010.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/ F. A. Gossett
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge